# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON U.S.A. INC. and KVS TRANSPORTATION, INC.,<br><br>Defendants. | Case No.: 1:13-CV-00826 - LJO – JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 33) |

On August 27, 2014, Plaintiff notified the Court that the parties had reached a settlement of the matter. (Doc. 33) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **September 26, 2014**;
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **August 28, 2014**           /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE

1