# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHEVRON U.S.A. INC., et al.,<br><br>　　　　Defendants. | Case No.: 1:13-CV-00826 - LJO – JLT<br><br>ORDER GRANTING REQUEST FOR AN EXTENSION TO FILE THE REQUEST FOR DISMISSAL<br><br>(Doc. 35) |

On August 27, 2014, Plaintiff notified the Court that the parties had reached a settlement of the matter. (Doc. 33) The Court ordered that the stipulated dismissal be filed no later than September 26, 2014. (Doc. 34) However, Plaintiff now seeks an extension of time to file the dismissal because it reports that it has no yet received the settlement proceeds and that payment may not be received for several weeks due to processing times for one of the defendants. (Doc. 35) Therefore, the Court **GRANTS** the request for the extension of time. The request for dismissal **SHALL** be filed no later than **October 31, 2014.**

IT IS SO ORDERED.

　　Dated: **September 25, 2014**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1