IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,** | Case No. 1:13-CV-00826-LJO-JLT |
| Plaintiff, | **ORDER OF DISMISSAL** |
| **v.** | |
| **CHEVRON U.S.A. INC., KVS TRANSPORTATION, INC., and DOES 1 to 40 inclusive,** | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties, Doc. 37, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above reference matter is hereby dismissed. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   __October 27, 2014__          ___/s/ Lawrence J. O'Neill_
UNITED STATES DISTRICT JUDGE

1